5/8/25



1:25-cv-00313

If the Court Requires I can Send copies of Certificates of service in respects to Exhausting Administrative Remedies...

Terrill Goode Jr.

#8374750?

P.S.
They were sent on 11/8/24 !!!